```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

MICHAEL KNIGHT,

        Plaintiff,

v.　　　　　　　　　　　Case No.　8:10-cv-2785-T-33MAP

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

        Defendant.

_____/

**ORDER**

This cause comes before the Court pursuant to Cheesecake Factory Restaurant's Notice (Doc. # 20), filed on March 3, 2011.

There is no dispute that the parties "agreed to arbitrate the claims raised in this lawsuit." (Doc. # 7 at 2). This Court scheduled the February 23, 2011, hearing for the purpose of determining whether the parties would agree that this matter could proceed to arbitration without the Court specifically ruling on whether the arbitration would be binding. (Doc. # 17). Counsel for Mr. Knight said that would be acceptable to him. Id. By its Notice, Cheesecake has also agreed to proceed to arbitration without a preliminary ruling from this Court as to the binding or non-binding nature of the arbitration. (Doc. # 20).

Accordingly, the parties shall proceed to arbitration as specified in their Arbitration Agreement.  This matter is stayed and administratively closed pending the resolution of the arbitration proceedings.  The Clerk is directed to administratively close this case and terminate the pending motions.  The parties are directed to inform the Court immediately upon the completion of the arbitration proceedings.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) The parties shall proceed to arbitration as specified in their Arbitration Agreement.

(2) This matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of the arbitration proceedings.  The Clerk is directed to administratively close this case and terminate the pending motions.

(3) The parties are directed to inform the Court immediately upon the completion of the arbitration proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>7th</u> day of March 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record